THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, *et al.*, | CASE NO. C20-1196-JCC |
| Plaintiffs, | ORDER |
| v. | |
| WHATCOM COUNTY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on a stipulated motion to substitute counsel for Defendant Adam Miller (Dkt. No. 32). Having considered the motion and the relevant record, the Court hereby GRANTS the motion.

Local Civil Rule 83.2(b)(1) provides that attorneys will generally be permitted to withdraw provided they comply with the procedural requirements imposed by the Local Rules and they withdraw at least 60 days prior to the discovery cutoff. The motion complies with these requirements. Accordingly, the Court GRANTS the motion to substitute counsel.

DATED this 19th day of November 2020.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE