THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, *et al.*, | CASE NO. C19-1684-JCC |
| Plaintiffs, | ORDER |
| v. | |
| WHATCOM COUNTY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion for leave for certain Whatcom County Defendants[1] and Defendant Adam Miller to amend their answers (Dkt. No. 53). Plaintiffs consents to the amendments, and they are proper under Rule 15. *See* Fed. R. Civ. P. 15(a)(2) ("a party may amend its pleading . . . with the opposing party's consent"). "Once the adverse party has consented to the amendment of a pleading, the court has no control over the matter under Rule 15(a)." *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954).

Accordingly, the Court GRANTS the parties' stipulated motion. Defendants must file the amended answers within 14 days of this order. The amended answers may not differ from the answers attached to the parties' motion at Docket Number 53.

---

[1] Defendants Whatcom County, Bill Elfo, Wendy Jones, Caleb Erickson, Stuart Andrews, Cheryl Cardinal, Matt Turner, Jason McDonald, Matthew Charroin, Tim Kiele, Jeffrey Hindman, Violet Ignashova, Miriah Brown, Joshua Farmer, and John Does 1-10.

1 | DATED this 19th day of January 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1684-JCC
PAGE - 2