THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, *et al.*, | CASE NO. C19-1684-JCC |
| Plaintiffs, | ORDER |
| v. | |
| WHATCOM COUNTY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion for leave for Defendant PeaceHealth to amend its answer (Dkt. No. 58). Plaintiffs consent to the amendment, and it is proper under Rule 15. *See* Fed. R. Civ. P. 15(a)(2) ("a party may amend its pleading . . . with the opposing party's consent"). "Once the adverse party has consented to the amendment of a pleading, the court has no control over the matter under Rule 15(a)." *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954).

Accordingly, the Court GRANTS the parties' stipulated motion. Defendant PeaceHealth must file the amended answer within 14 days of this order. The amended answer may not differ from the answer attached to the parties' motion at Docket Number 58.

//

//

//

DATED this 27th day of January 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1684-JCC
PAGE - 2