THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, *et al.*, | CASE NO. C20-1196-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WHATCOM COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to incorporate the discovery exchanged in Whatcom County Superior Court case number 20-2-00581-37 (Dkt. No. 68). Having thoroughly considered the parties' motion and the relevant record, the Court GRANTS the motion and ORDERS as follows:

1.     The Parties' factual discovery in the Whatcom County action, including Interrogatories and Requests for Production, are hereby incorporated into the pending action in this Court. The Parties are under a duty to seasonably supplement their discovery responses pursuant to the Federal Rules of Civil Procedure and are hereby obligated to seasonably supplement all discovery responses provided in the Whatcom County action, if any supplementation is now required.

1
2
3

     2.      The prior Interrogatories shall not count toward the limitation on the number of Interrogatories that may be propounded, and the Parties may propound additional Interrogatories in this action pursuant to Fed. R. Civ. P. 33(a)(1).

4
5
6

     3.      Documents and records produced in response to subpoenas *duces tecum* issued and authorized by the Parties in the Whatcom County action are hereby incorporated into this action.

7
8
9
10
11

     4.      Incorporation of the Discovery conducted in the Whatcom County action does not modify the Parties' obligations to comply with the Federal Rules of Civil Procedure, including the obligation to provide complete initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), a discovery plan pursuant to Fed. R. Civ. P. 26(f), and pretrial disclosures pursuant to Fed. R. 26(a)(3).

12

     DATED this 2nd day of April 2021.

13
14

William M. McCool
Clerk of Court

15
16

s/Paula McNabb
Deputy Clerk

17
18
19
20
21
22
23
24
25
26