THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, *et al.*, | CASE NO. C20-1196-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WHATCOM COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have stipulated to extend the deadlines for completing discovery, submitting dispositive motions, and completing mediation under Local Civil Rule 39.1. (Dkt. No. 79.) They do not seek to change the current April 25, 2022 trial date. The Court finds that good cause for an extension exists and therefore GRANTS the parties' stipulation. (*Id.*) But the extended dates to which the parties have stipulated will provide inadequate time to resolve outstanding issues before the current trial date. Thus, it is ORDERED that the civil scheduling order be modified as follows:

| | |
|---|---|
| Discovery cutoff | January 28, 2022 |
| Rule 39.1 mediation deadline | February 11, 2022 |
| Deadline for dispositive motions | February 24, 2022 |

| Deadline for proposed Pretrial Order and proposed jury instructions | April 25, 2022 |
|---|---|
| Trial briefs and proposed voir dire | June 2, 2022 |
| **Jury Trial** | **June 6, 2022** |

DATED this 23rd day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
