THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, *et al.*, | CASE NO. C20-1196-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WHATCOM COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties' Stipulated Motion (Dkt. 102) to Dismiss all claims against Ralph Weiche, M.D., is self-executing. The dismissal with prejudice as to Dr. Weiche is thus effective without a court order, and the clerk may TERMINATE the parties' stipulation (Dkt. No. 102).

DATED this 13th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-1196-JCC
PAGE - 1