UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, in his Personal Capacity and as Personal Representative of the Estate of PAULA LEE JEFFERSON, deceased, et al.,<br><br>                Plaintiff,<br>    v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington, et al.,<br><br>                Defendant. | CASE NO. 2:20-cv-01196-TL<br><br>ORDER ON MOTION TO SEAL |

      This matter comes before the Court on the parties' Stipulated Motion to Seal Exhibit 57 to the Declaration of Ryan D. Dreveskracht in Support of Plaintiffs Motion for Partial Summary Judgment. Dkt. No. 113. The Court has considered the pleading filed regarding the motion.

      Stipulated motions to seal are not exempt from LCR 5.

      Accordingly, the parties are directed to file a corrected motion to seal within **seven (7) days** that complies with LCR 5(g)(3)(B) and includes the requisite specific statement of the

ORDER ON MOTION TO SEAL - 1

applicable legal standard and the reasons for keeping a document under seal. The Court notes that the document at issue appears to be a record that may be publicly available pursuant to state public disclosure laws, and this issue should be addressed in the corrected motion. If a corrected motion is not filed by **January 28, 2022**, the Court will DENY the motion.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2022.

Tana Lin
United States District Judge

ORDER ON MOTION TO SEAL - 2