THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, in his Personal Capacity and as Personal Representative of the Estate of PAULA LEE JEFFERSON, deceased; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington; *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01196-TL<br><br>**STIPULATED MOTION AND AGREED ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION UNDER LOCAL CIVIL RULE 39.1**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 10, 2022 |

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs and Defendants, through counsel, (collectively the "Parties") jointly stipulate and agree as follows:

1.  On August 23, 2021, the Court issued a Minute Order setting the deadline for Rule 39.1 mediation to be completed by February 11, 2022. Dkt. # 80.

2.  In November of 2021 the Parties began searching for an agreed-upon mediator to conduct mediation in this case. The Parties agreed upon mediator Keith Kubik, some of the parties

STIPULATED MOTION AND AGREED ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION UNDER LOCAL CIVIL RULE 39.1 (CASE NO. 2:20-CV-01196-TL) - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

having successfully mediated cases with Mr. Kubik in the past. Because of demand for Mr. Kubik, however, his calendar was booked up for months in advance.

3. The Parties are currently scheduled to mediate with Mr. Kubik on March 7, 2022. Thus, the Parties respectfully request that the Rule 39.1 mediation deadline be modified to accommodate the currently scheduled March 7, 2022, mediation.

DATED this 10th day of February, 2022.

IT IS SO STIPULATED:

GALANDA BROADMAN, PLLC

s/Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
Attorney for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com


JOHNSON GRAFFE KEAY MONIZ & WICK, LLP

s/ D. Jeffrey Burnham
D. Jeffrey Burnham, WSBA #22679
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770
DJBurnham@jgkmw.com


LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

s/ John E. Justice
John E. Justice, WSBA No. 23042
2674 R.W. Johnson Rd.
Tumwater, WA 98512
(360) 754-3480
jjustice@lldkb.com

STIPULATED MOTION AND AGREED ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION UNDER LOCAL CIVIL RULE 39.1 (CASE NO. 2:20-CV-01196-TL) - 2

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

|   |   |
|---|---|
| 1 |   |
| 2 | WHATCOM COUNTY PROSECUTING ATTORNEY |
| 3 | s/ George Roche |
| 4 | George Roche, WSBA #45698<br>311 Grand Ave Suite 201 |
| 5 | Bellingham, WA 98225 360.778.5710<br>groche@co.whatcom.wa.us |
| 6 |   |
| 7 | MURPHY PEARSON BRADLEY & FEENEY |
| 8 | s/ Nicholas C. Larson |
| 9 | Nicholas C. Larson WSBA #46024<br>1455 NW Leary Way, Ste 400 |
| 10 | Seattle WA 98107<br>(206) 489 5113 |
| 11 | nlarson@mpbf.com |

## ORDER

Pursuant to the Stipulation above, the current case schedule dates are amended as follows: Rule 39.1 Mediation Deadline: March 7, 2022. The remaining deadlines set in the Court's previous orders will remain the same.

DATED this 10th day of February, 2022.

Tana Lin
United States District Judge

STIPULATED MOTION AND AGREED ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION UNDER LOCAL CIVIL RULE 39.1 (CASE NO. 2:20-CV-01196-TL) - 3

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

# CERTIFICATE OF SERVICE

I, Wendy Foster, declare as follows:

1. I am now and at all times herein mentioned a legal and permanent resident of the United States and the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to testify as a witness.

2. I am employed with the law firm of Galanda Broadman PLLC, 8606 35th Avenue NE, Ste. L1, Seattle, WA 98115.

3. I served the foregoing on the following, via the Court's ECF filing system:

| | |
|---|---|
| George Roche<br>Whatcom County Prosecutor's Office<br>311 Grand Avenue Suite 201<br>Bellingham, WA  98225 | Nicholas C. Larson<br>Jason E. Fellner<br>Alexandrea M. Tomp<br>Murphy Pearson Bradley & Feeney<br>1455 NW Leary Way, Ste 400<br>Seattle WA 98107 |
| John E. Justice<br>Lay, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>2674 R W Johnson Boulevard SW<br>Tumwater, WA  98512 | |
| D. Jeffrey Burnham<br>925 Fourth Avenue Suite 2300<br>Seattle, WA  98104 | |

The foregoing statement is made under penalty of perjury and under the laws of the State of Washington and is true and correct.

Signed at Seattle, Washington, this 10th day of February, 2022.

s/Wendy Foster
Wendy Foster

STIPULATED MOTION AND AGREED ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION UNDER LOCAL CIVIL RULE 39.1 (CASE NO. 2:20-CV-01196-TL) - 4

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509