THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, in his Personal Capacity and as Personal Representative of the Estate of PAULA LEE JEFFERSON, deceased; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington; *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01196-TL<br><br>**STIPULATED MOTION TO EXPAND PAGE LIMIT FOR PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: MARCH 9, 2022 |

      THE PARTIES, by and through their respective counsel, hereby certify that they met, conferred and agreed, pursuant to Local Rule 7(d)(1), to jointly move this Court for an Order to grant leave for Plaintiffs to file a brief exceeding twenty-four pages in a combined response to Defendants' Motions for Summary Judgment. The Parties stipulate and agree as follows:

STIPULATED MOTION TO EXPAND PAGE LIMIT FOR PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT- 1
(CASE NO. 2:20-CV-01196-TL)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1. Counsel for Plaintiffs hereby certifies that on March 9, 2022, he conferred with all other Parties, to reach agreement on Plaintiff's need to file the Combined Response to Defendants' Motions for Summary Judgment in excess of the page limit required by Local Rule 7(e)(3).

2. Plaintiffs reasonably believe that an additional eleven (11) pages is necessary to promote efficiency and enable them to fairly and adequately respond in a combined manner to Defendants' Motions for Summary Judgment.

3. The Parties submit that there is no prejudice to Defendants created by the relief requested herein.

4. In consideration of these communications the Parties therefore stipulate to the filing of the agreed Order below, providing an additional eleven (11) pages for a combined response brief, not to exceed a total of thirty-five (35) pages.

Respectfully submitted this 9th day of March, 2022.

IT IS SO STIPULATED:

By: GALANDA BROADMAN, PLLC

s/Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
Attorney for Plaintiffs
P.O. Box 15146
Seattle, WA 98115
(206) 557-7509
ryan@galandabroadman.com

JOHNSON GRAFFE KEAY MONIZ & WICK, LLP

s/ D. Jeffrey Burnham
D. Jeffrey Burnham, WSBA #22679
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770

STIPULATED MOTION TO EXPAND PAGE LIMIT FOR PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT- 2
(CASE NO. 2:20-CV-01196-TL)

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

DJBurnham@jgkmw.com

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

s/ John E. Justice
John E. Justice, WSBA No. 23042 2674 R.W. Johnson Rd. Tumwater, WA 98512
(360) 754-3480
jjustice@lldkb.com

WHATCOM COUNTY PROSECUTING ATTORNEY
s/ George Roche
George Roche, WSBA #45698
311 Grand Ave Suite 201  Bellingham, WA 98225 360.778.5710
groche@co.whatcom.wa.us

MURPHY PEARSON BRADLEY & FEENEY

s/ Nicholas C. Larson
Nicholas C. Larson WSBA #46024 1455 NW Leary Way, Ste 400 Seattle WA 98107
(206) 489 5113
nlarson@mpbf.com
GALANDA BROADMAN, PLLC

## [PROPOSED] ORDER

Pursuant to the Stipulation above, IT IS HEREBY ORDERED that the Stipulated Motion for Expansion of Page Limits in Response to Defendants' Motion for Summary Judgment is GRANTED.  Plaintiffs shall be entitled to an additional eleven (11) pages to respond to Defendants' Motions for Summary Judgment.

DATED this 10th day of March, 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO EXPAND PAGE LIMIT FOR PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT- 3
(CASE NO. 2:20-CV-01196-TL)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

# CERTIFICATE OF SERVICE

I, Wendy Foster, declare as follows:

1. I am now and at all times herein mentioned a legal and permanent resident of the United States and the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to testify as a witness.

2. I am employed with the law firm of Galanda Broadman PLLC, 8606 35th Avenue NE, Ste. L1, Seattle, WA 98115.

3. I served the foregoing on the following, via the Court's ECF filing system:

George Roche
Whatcom County Prosecutor's Office
311 Grand Avenue Suite 201
Bellingham, WA  98225

John E. Justice
Lay, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
2674 R W Johnson Boulevard SW
Tumwater, WA  98512

D. Jeffrey Burnham
925 Fourth Avenue Suite 2300
Seattle, WA  98104

Nicholas C. Larson
Jason E. Fellner
Alexandrea M. Tomp
Murphy Pearson Bradley & Feeney
1455 NW Leary Way, Ste 400
Seattle WA 98107

The foregoing statement is made under penalty of perjury and under the laws of the State of Washington and is true and correct.

Signed at Seattle, Washington, this 9th day of March, 2022.

                s/Wendy Foster
                Wendy Foster

STIPULATED MOTION TO EXPAND PAGE LIMIT FOR PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT- 4
(CASE NO. 2:20-CV-01196-TL)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509