UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, in his Personal Capacity and as Personal Representative of the Estate of PAULA LEE JEFFERSON, deceased, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington, et al.,<br><br>Defendant(s). | CASE NO. 2:20-cv-01196-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court previously struck the pretrial deadlines and trial date while the parties' motions for summary judgment were pending. Dkt. No. 162.

MINUTE ORDER - 1

(2) The Court has now issued its order on the Parties' cross-motions for summary judgment. Dkt. No 172. As the case has not been resolved by settlement or dispositive motions at this time, the Court will proceed to resetting a trial schedule.

(3) Before the Court resets the trial schedule, the Parties are DIRECTED to file a joint status report **within fourteen (14) days** of this Order addressing the following:

(a) the prospects for a settlement, if any;

(b) a summary of the remaining parties and claims for trial;

(c) an estimate of the number of days required for trial;

(d) the earliest date on which the Parties will be prepared to go to trial;

(e) any conflicts or other complications to be considered in setting a trial date in 2023 and the first quarter of 2024; and

(f) any other case management dates the Parties would like to propose for the Court's consideration.

Dated this 23rd day of January 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk