1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

JESSE G. COOPER, in his Personal
Capacity and as Personal Representative of
the Estate of PAULA LEE JEFFERSON,
deceased, et al.,

Plaintiffs,

v.

WHATCOM COUNTY, a political
subdivision of the State of Washington, et
al.,

Defendants.

CASE NO. 2:20-cv-01196-TL

ORDER DISMISSING
DEFENDANTS JOHN DOES 1–20

19

20

21

22

23

24

ORDER DISMISSING DEFENDANTS JOHN DOES 1–20 - 1

1   On January 25, 2023, Plaintiffs filed a notice of voluntary dismissal of all unidentified

2   Doe Defendants named in their Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2),

3   which allows for dismissal by court order. Defendants have not filed an opposition to the notice,

4   discovery in this case has closed, and dispositive motions have been filed.

5   Accordingly, the Court DISMISSES Defendants John Does 1–20 without prejudice.

6   Dated this 23rd day of February 2023.

7

8                                                   Tana Lin
                                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING DEFENDANTS JOHN DOES 1–20 - 2