# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSE G. COOPER, in his Personal Capacity and as Personal Representative of the Estate of PAULA LEE JEFFERSON, deceased; et al., <br><br> Plaintiffs, <br><br> v. <br><br> WHATCOM COUNTY, a political subdivision of the State of Washington, et al, <br><br> Defendants. | NO. 2:20-cv-01196-TL <br><br> **STIPULATED ORDER OF DISMISSAL** |

The parties to the above referenced case, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to an Order dismissing the above captioned case with prejudice and without fees or costs to any party, the matter having been resolved between them.

STIPULATED TO this 24th day of April, 2023.

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

s/ *John E. Justice*
John E. Justice, WSBA No. 23042
jjustice@lldkb.com

**STIPULATED ORDER OF DISMISSAL – 1**

Cause No.:  2:20-cv-01196-TL

| | |
|---|---|
| 1 | WHATCOM COUNTY PROSECUTING ATTORNEY |
| 2 | |
| 3 | s/ *George Roche* |
| 4 | George Roche, WSBA #45698<br>311 Grand Ave Suite 201<br>Bellingham, WA 98225 |
| 5 | (360) 778-5710 |
| 6 | Email: groche@co.whatcom.wa.us |
| 7 | GALANDA BROADMAN, PLLC |
| 8 | s/ *Ryan D. Dreveskracht* |
| 9 | Ryan D. Dreveskracht, WSBA #42593<br>Attorney for Plaintiffs, admitted *Pro Hac* |
| 10 | P.O. Box 15146 Seattle, WA 98115<br>(206) 557-7509 Fax: (206) 299-7690 |
| 11 | Email: ryan@galandabroadman.com |
| 12 | |
| 13 | MURPHY PEARSON BRADLEY & FEENEY |
| 14 | s/ *Nicholas C. Larson* |
| 15 | Nicholas C. Larson WSBA #46024<br>1455 NW Leary Way, Ste 400<br>Seattle WA 98107 |
| 16 | (206) 489 5113<br>nlarson@mpbf.com |

**STIPULATED ORDER OF DISMISSAL – 2**

**Cause No.: 2:20-cv-01196-TL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

**ORDER**

Based on the foregoing stipulation of the parties, it is hereby Ordered that this case is dismissed with prejudice and without costs or fees to any party.

Entered this 25th day of April 2023

_____
Tana Lin
United States District Judge

**STIPULATED ORDER OF DISMISSAL – 3**

**Cause No.: 2:20-cv-01196-TL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511*